(76 South. 869)

WISE et al. v. SPEARS et al. (4 Div. 728.)

(Supreme Court of Alabama. Nov. 15, 1917.)

1. APPEAL AND ERROR ⊜⟶78(3)—ORDERS APPEALABLE—ORDERS SUSTAINING DEMURRER.

A judgment sustaining a demurrer to the complaint is not a final judgment from which an appeal will lie.

2. APPEAL AND ERROR ⊜⟶792—DISMISSAL ON COURT'S OWN MOTION.

An appeal from a judgment sustaining a demurrer will be dismissed by the court ex mero motu; the matter being jurisdictional.

Appeal from Circuit Court, Coffee County; A. B. Foster, Judge.

Proceeding by J. F. Wise and others against J. H. Spears and others. From a judgment sustaining a demurrer, plaintiffs appeal. Appeal dismissed.

J. A. Carnley, of Enterprise, for appellants. W. W. Sanders, of Elba, for appellees.

SOMERVILLE, J. This proceeding is by motion to substitute a lost record, and thereupon to amend a final judgment nunc pro tunc.

[1] The judgment appealed from is, omitting prefatory recitals, as follows:

"It is considered and adjudged by the court that the demurrer is well taken, and that it be and is hereby sustained by the court, and the defendants have and recover of the plaintiffs the costs of this cause, for which execution may issue."

In Eslava v. Jones, 79 Ala. 287, it is said:

"The only judgment found in this record is an order of the court sustaining defendant's demurrer to plaintiff's complaint, and adjudging the costs of the motion against plaintiff. This is not a judgment disposing of the cause. There is no final judgment upon which an appeal will lie, and the motion to dismiss the appeal is granted."

[2] That case is decisive of this appeal, and, the matter being jurisdictional, we are bound to dismiss the appeal ex mero motu. Meyers v. Martinez, 162 Ala. 562, 50 South. 351.

Appeal dismissed.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.

---

## MEMORANDA

OF CASES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME, WHICH ARE ORDERED NOT TO BE REPORTED IN FULL.

(75 South. 1003)

ALABAMA GREAT SOUTHERN R. CO. v. PARSONS. (6 Div. 610.) (Supreme Court of Alabama. May 31, 1917.) Appeal from City Court of Bessemer; J. C. B. Gwin, Judge. A. G. & E. D. Smith, of Birmingham, for appellant. Goodwyn & Ross, of Bessemer, for appellee.

PER CURIAM. Errors confessed by appellee, and the cause reversed and remanded.

---

(75 South. 1003)

BREWER v. WOODHAM et al. (4 Div. 725.) (Supreme Court of Alabama. May 10, 1917.) Certiorari to Court of Appeals. E. S. Thigpen and Herbert R. McClintock, both of Dothan, for appellant. Martin & Williams, of Dothan, for appellees.

PER CURIAM. Petition of Charles A. Brewer, doing business as the Devon Manufacturing Company, for certiorari to the Court of Appeals to review and revise the judgment of the said court in the case of Brewer v. Woodham et al., 74 South. 763, affirming a judgment for defendant. Writ denied.

(75 South. 1003)

CONSOLIDATED MERCANTILE CO. v. WARREN. (4 Div. 727.) (Supreme Court of Alabama. May 17, 1917.) Certiorari to Court of Appeals. Proceeding between Consolidated Mercantile Company and R. L. Warren, administrator. Application by the Consolidated Mercantile Company for certiorari to the Court of Appeals. Application denied. For opinion in Court of Appeals, see 74 South. 738. Farmer & Farmer, of Dothan, for appellant.

PER CURIAM. Upon full consideration, the court is of opinion that, following its practice heretofore in such cases, the application in this case should be denied. Application denied.

ANDERSON, C. J., and McCLELLAN, SAYRE, and GARDNER, JJ., concur.